IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK ADAMS and CHRISTIE A. ADAMS, *Ind. & as H/W*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and PHELAN, HALLINAN, DIAMOND & JONES LLP, formerly known as PHELAN, HALLINAN & SCHMIEG, LLP,<br><br>Defendants. | CIVIL ACTION<br>NO. 16-0907 |

## ORDER

**AND NOW**, this 13th day of April, 2017, upon consideration of Defendant Wells Fargo's Motion to Dismiss (Docket No. 12) and Defendant Phelan's Motion to Dismiss (Docket No. 13), and all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion of Defendant Wells Fargo (Docket No. 12) is **GRANTED** in part and **DENIED** in part;

2. The motion of Defendant Wells Fargo (Docket No. 12) is **GRANTED** as to Count I only, and **DENIED** in all other respects;

3. The motion of Defendant Phelan (Docket No. 13) is **DENIED** in its entirety.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.