# Weisberg Law

*Attorneys & Counselors at Law*

LICENSED IN PA & NJ

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 2000
Philadelphia, PA 19102

*Matthew B. Weisberg*\*^
David A. Berlin^
L. Anthony DiJiacomo~
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: mweisberg@weisberglawoffices.com

*Friday, August 11, 2017*

**VIA ECF**
The Honorable Jeffrey L. Schmehl

    **RE:** **Adams, et al. v. Wells Fargo Bank**
          **Eastern District of Pennsylvania**
          **No.: 5:16-cv-00907**

Your Honor:

    Pending before this Honorable Court in the above-captioned matters' Motion to Amend Complaint. The undersigned represents plaintiff.

    In pertinent part, defendants' responses argue they have no duty to plaintiff vis-à-vis the underlying action (i.e., wrongful acceleration, servicing, and litigation). Plaintiff respectfully requests this Honorable Court accept this correspondence of authority recently brought to the attention of the undersigned.

    As to defendant-lender, *see generally*, Reid v. Key Bank, 821 F.2d 9 (C.A.1 1987); Brown v. AVEMCO Investment Corp., 603 F.2d 1367 (C.A.9 1979); U.C.C. §1-208.

    Of course, defendant-attorney is vicariously liable as an agent of defendant-lender (as well as for its own conduct[1]).

    Plaintiff thanks this Honorable Court for its consideration of this notice of supplemental authority. Of course, if Your Honor requires anything further, plaintiff will abide this Honorable Court's directive.

---

[1] Masters Automotive Warehouse, Inc. v. Amato, 553 So.2d 472 (La. 1989); Smiths v. Griffiths, 476 A.2d 22, 27 (Pa.Super. 1984).

Sincerely,

/s/ Matthew B. Weisberg
MATTHEW B. WEISBERG

MBW/hcm
Cc: Craig A. Hirneisen, Esq.
   Steven J. Adams, Esq.
   Kenneth S. Goodkind, Esq.