IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK ADAMS and CHRISTIE A. ADAMS, *Ind. & as H/W*, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., and PHELAN, HALLINAN, DIAMOND & JONES LLP, formerly known as PHELAN, HALLINAN & SCHMIEG, LLP, <br><br> Defendants. | CIVIL ACTION <br> NO. 16-0907 |

## ORDER

**AND NOW**, this 27th day of December, 2017, upon consideration of Plaintiffs' Motion for Leave to Amend Complaint (Docket No. 35), and all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**.

                                                                                   **BY THE COURT:**

                                                                      **/s/ Jeffrey L. Schmehl**
                                                                      Jeffrey L. Schmehl, J.